

**ORDERED in the Southern District of Florida on May 14, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

THE PRODUCE CONNECTION, INC.,

     Debtor.
_____/
BARRY E. MUKAMAL,

     Plaintiff,
vs.

TRANSAMERICA LIFE INSURANCE CO.,

     Defendant.
_____/

Case No. 16-26156-BKC-AJC

Chapter 7

Adv. No. 18-1475-BKC-AJC-A

## ORDER DISMISSING ADVERSARY PROCEEDING

**THIS CAUSE** came before the Court for a Pretrial Conference on April 22, 2019, at which time it was announced in open Court that the parties have reached a settlement and this adversary case has been amicably resolved. The Court having reviewed the record and noting

that a motion to approve settlement was served in the main bankruptcy case on negative notice, and the time to object thereto has passed, it is

**ORDERED** that the above-styled case is DISMISSED.  The Court retains jurisdiction to enforce the agreement of the parties.

###

Copies furnished to:

Patrick Scott, Esq.